UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID V. HOPEWELL,

                Plaintiff,

vs.                                                Case No. 8:03-cv-1767-T-27MSS

JO ANNE B. BARNHART, Commissioner of
Social Security,,

                Defendant.
_____/

## ORDER

THIS CAUSE comes on for consideration of Plaintiff's Motion for Attorney's Fees (Dkt. 17). Plaintiff requests an award of attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $1,626.24[1]. Plaintiff's requested fees are calculated at a rate of $147.96 per hour for 1.5 hours for work performed in 2003, $152.77 per hour for 7.66 hours of work performed in 2004, and $156.06 per hour for 1.5 hours of work performed in 2005, for a total of $1,626.25. The Commissioner does not oppose the payment to Plaintiff in this amount (Dkt. 19).

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Attorney's Fees (Dkt. 17)

---

[1] Plaintiff's requested fees actually add up to $1,626.25

is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $1,626.25 to be paid to Plaintiff's attorney.

**DONE AND ORDERED** in Tampa, Florida on this _18th_ day of July, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record